STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAOUL A. GALAN, JR. | CIVIL ACTION |
| VERSUS | NO. 17-6133 |
| DWH ET AL. | SECTION "J" (2) |

ORDER

Considering the application and affidavit to proceed in forma pauperis,

IT IS ORDERED that:

☒ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the Clerk is directed to withhold issuance of summons until further order of the Court.

☐ the motion is MOOT; the party was previously granted pauper status.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:
_____
_____
_____

New Orleans, Louisiana, this __29th__ day of June, 2017.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE